■■■■■■■■■■■■■■■■■■■■

■ NICK'S GARAGE, INC., Respondent, v GEICO GENERAL INSURANCE COMPANY, Appellant. (Appeal No. 3.) [999 NYS2d 913]— Appeal from an order of the Supreme Court, Onondaga County (James P. Murphy, J.), entered April 3, 2013. The order, among other things, denied in part defendant's motion to dismiss the complaint.

It is hereby ordered that the order so appealed from is unanimously modified on the law by granting that part of defendant's motion seeking dismissal of the second cause of action, and as modified the order is affirmed without costs.

Same memorandum as in *Jeffrey's Auto Body, Inc. v Allstate Ins. Co.* ([appeal No. 1] 125 AD3d 1342 [2015]). Present— Smith, J.P., Peradotto, Carni, Valentino and Whalen, JJ.

■ JEFFREY'S AUTO BODY, INC., Respondent, v GEICO GENERAL INSURANCE COMPANY, Appellant. (Appeal No. 4.) [999 NYS2d 785]—Appeal from an order of the Supreme Court, Onondaga County (James P. Murphy, J.), entered April 3, 2013. The order, among other things, denied in part defendant's motion to dismiss the complaint.

It is hereby ordered that the order so appealed from is unanimously modified on the law by granting that part of defendant's motion seeking dismissal of the second cause of action, and as modified the order is affirmed without costs.

Same memorandum as in *Jeffrey's Auto Body, Inc. v Allstate Ins. Co.* ([appeal No. 1] 125 AD3d 1342 [2015]). Present— Smith, J.P., Peradotto, Carni, Valentino and Whalen, JJ.

■ In the Matter of DIANA SACHS AYLWARD et al., Appellants, v ASSESSOR, CITY OF BUFFALO, et al., Respondents. [3 NYS3d 818]—

Appeal from an order of the Supreme Court, Erie County (Timothy J. Walker, A.J.), entered June 10, 2013 in proceedings pursuant to RPTL article 7. The order, among other things, granted respondents' motion to, inter alia, inspect the interior of petitioners' homes.

It is hereby ordered that the order so appealed from is unanimously modified on the law by directing that the fourth and fifth ordering paragraphs shall apply only to exterior inspections, and as modified the order is affirmed without costs in accordance with the following memorandum: Petitioners commenced these proceedings pursuant to RPTL article 7 seek-